IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30021
Summary Calendar
_____

UNITED STATES OF AMERICA

　　　　　Plaintiff - Appellee

　　v.

DONALD RAY ODDS

　　　　　Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 00-CR-85-ALL-A
--------------------
August 6, 2001

Before KING, Chief Judge, and JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Donald Ray Odds has filed a motion to withdraw and a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Odds filed a response to counsel's motion, but he did not identify any issue for our consideration.

Our independent review of the brief and the appellate record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.